United States District Court
Southern District of Texas
**ENTERED**
June 30, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARK METZLER, § § § § § § § § §  Plaintiff, VS. VERDE ENERGY USA, INC., Defendant. | CIVIL ACTION NO. 4:20-CV-1055 |

### ORDER OF DISMISSAL

In accordance with the Notice of Dismissal, this action is DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**SIGNED** on this __29th__ day of June, 2020, at Houston, Texas.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**